**FILED**

**JUL 1 8 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MARCO A FRAUSTO
44 Alameda Padre Serra
Santa Barbara, CA 93103
Tel (805) 899-4552
Fax (805) 560-6985

Plaintiff in Pro Se

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Marco A. Frausto | Case: 1:18-cv-01687  **JURY**<br>Assigned To : Walton, Reggie B. |
| Plaintiffs | ) Assign. Date : 7/18/2018<br>) Description: Pro Se Gen. Civil<br>) |
|  | ) **COMPLAINT FOR CIVIL RIGHTS** |
| V | ) **VIOLATIONS AND INJUNCTIVE**<br>) **AND DECLARATORY RELIEF**<br>) |
|  | ) **DEMAND FOR JURY TRIAL** |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendants | )   1. 42 USC  § 1983<br>)   2. 42 USC  § 1968<br>)   3. IRS Code Section 162<br>)   4. Bill of Rights<br>) |

Plaintiff alleges as follows:

1. Plaintiff Marco A. Frausto is a natural person.  He brings this action pursuant

to 42 U.S.C. §1983, seeking actual, punitive and recuperative damages to remedy

violations of PLAINTIFF'S rights secured by the Free Exercise Clause of the First

Amendment, the Equal Protection Clause of the Fourteenth Amendment, Eighth

Amendment and 26 USC§ 7609 (i) and also seeks damages for breach of implied

1

contract, breach of the implied covenant of good faith and fair dealing,

2. Defendant THE UNITE STATES of AMERICA, A Federal Republic , consisting of Fifty States, a Federal District (Washington D.C.) the Capital City of the United States of America) which governs and dispenses Justice, using the Constitution, which is the Law of the Land.

3. **JURISDICTION:** This Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§1331 and 1343(3) in that the controversy arises under the United States Constitution and under 42 U.S.C. §1983 and 28 U.S.C. §§2201 and 2202. Plaintiff further invokes this Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1343, which gives District courts original jurisdiction over;

(a) any civil action authorized by law to be brought by any person to redress the deprivation, under color of any State Law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States; and;

(b) any civil action to recover damages or to secure equitable relief under any Act of Congress providing for the protection of the civil rights.

This is also an action to redress the deprivation of Plaintiff's constitutional rights under the Fourteenth Amendment of the United States Constitution pursuant to 42 U.S.C. § 1983.

4. **INTRADISTRICT ASSIGNMENT**: Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), since all defendants reside or resided in this district and the events giving rise to the claims were governed by the laws and originated and/or occurred in this

district.

## III. APPLICABLE LAW AND POLICY

Due Process Claims and Section 1983

5. In relevant part, the Fourteenth Amendment prohibits any state from depriving "any person of life, liberty, or property, without due process of law." Claims under this provision have been a staple of Section 1983 legal services practice for many years. Procedural due process addresses the right to notice and hearing before (or after) particular deprivations can take place.

6. Substantive due process concerns governmental deprivations of life, liberty, or property stemming from particularly outrageous governmental actions. The Supreme Court has developed a number of guidelines on the use of Section 1983 to raise claims founded on alleged deprivations of due process, beginning with an analysis of interests protected by due process.

7. Plaintiff's experiences with the Internal Revenue Service which is governed by the Defendant, is a perfect example of the employees and the supervisory staff of some local offices ignorance or total disregard of the rights awarded Plaintiff by the Fourteenth Amendment of the Constitution of the United States.

8. The actions against Plaintiff by the agents of the United States Government, was so heinous that when Plaintiff complained he was ignored.

9. Failing to take immediate and the appropriate action to investigate or otherwise determine what occurred once Plaintiff informed superiors of possible wrongdoing, was a blatant violation of the Fourteenth Amendment.

10. Failing to take prompt and effective steps to end the negative action, prevent its recurrence, and address its effects on Plaintiff, he became guilty of wrongdoing.

11. Defendant did not even perform an investigation.

12. The Government failed to take steps to protect the Plaintiff as necessary, including

interim steps taken prior to the final outcome of the investigation.

13. Failing to provide a grievance procedure for Plaintiff to file complaints of

discrimination, including complaints of agent wrongdoing.

The procedures must include an equal opportunity for both parties to present witnesses

and other evidence and the same appeal rights;

14. The Government failed to use a preponderance of the evidence standard to resolve

complaints of discrimination in grievance procedures; and the Government also failed to

notify both parties of the outcome of the complaint.

15. The Government violated Plaintiff's Fourteenth Amendment right to equal protection

by failing to properly train and supervise its employees as to these mandated investigative

requirements.

16. These policies and/or practices constituted disparate treatment of Plaintiff has become

a standard practice and had a disparate impact on him.

17. Defendants' actions and lack of actions were the proximate cause of Plaintiff's

emotional distress and psychological damage, and his character and standing in his

community have suffered from the harassment fostered as a result of Defendant's

deliberate indifference to his right to equal protection under the Fourteenth Amendment.

## Violation of the Eighth Amendment

18. The **Eighth Amendment (Amendment VIII)** of the United States Constitution

prohibits the federal government from imposing excessive bail, excessive fines, or cruel

and unusual punishments. . The U.S. Supreme Court has ruled that this amendment's

Cruel and Unusual Punishment Clause also applies to the states. The phrases in this

amendment originated in

19. The English Bill of Rights of 1689. This amendment was adopted on December 15,

1791, along with the rest of the United States Bill of Rights. Excessive bail shall not be

required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

The levy of the excessive fines placed against Plaintiff, was given unfairly to Plaintiff.

That action can be classified as cruel and unusual punishment. Not only is it a violation

of the Eighth Amendment, but the calculations that were used to levy the excessive fines

were never disclosed to the Plaintiff.  Nor how they were calculated.

Plaintiff as a businessman should have been awarded fair and equitable treatment.

20. **Cruel and unusual punishment** is a phrase describing punishment that is considered

unacceptable due to the suffering, pain, or humiliation it inflicts on the person subjected

to it.

21.  The Courts have tests that can serve as a guide to what cruel and unusual punishment

is according to various legal precedents in accordance with the law. These are:

1. overall acceptance in society,
2. severity (the punishment fits the crime), and
3. if the punishment is arbitrary.


## Violation of  US Tax Code , IRS Code Section 162


22. The Taxation Code reads as follows;

Trade or business expenses  26 U.S.C. § 162 - U.S. Code - Unannotated
Title 26. Internal Revenue Code §


**In general.  (a)** --There shall be **allowed** as a deduction all the ordinary and necessary
expenses paid or incurred during the taxable year in carrying on any trade or business,
including--
**(1)** a reasonable allowance for salaries or other compensation for personal services
actually rendered;

**(2)** traveling expenses (including amounts expended for meals and lodging other than amounts which are lavish or extravagant under the circumstances) while away from home in the pursuit of a trade or business; and

**(3)** rentals or other payments required to be made as a condition to the continued use or possession, for purposes of the trade or business, of property to which the taxpayer has not taken or is not taking title or in which he has no equity.

The preceding sentence shall not apply to any Federal employee during any period for which such employee is certified by the Attorney General (or the designee thereof) as traveling on behalf of the United States in temporary duty status to investigate or prosecute, or provide support services for the investigation or prosecution of, a Federal crime. For purposes of paragraph (2), the taxpayer shall not be treated as being temporarily away from home during any period of employment if such period exceeds 1 year. For purposes of the preceding sentence, the place of residence of a Member of Congress (including any Delegate and Resident Commissioner) within the State, congressional district, or possession which he represents in Congress shall be considered his home, but amounts expended by such Members within each taxable year for living expenses shall not be deductible for income tax purposes in excess of $3,000.

**Charitable contributions and gifts excepted.** **(b)** --No deduction shall be allowed under subsection (a) for any contribution or gift which would be allowable as a deduction under section 170 were it not for the percentage limitations, the dollar limitations, or the requirements as to the time of payment, set forth in such section.

**Illegal bribes, kickbacks, and other payments.--** **(c)**

**Illegal payments to government officials or employees.** **(1)** The burden of proof in respect of the issue, for the purposes of this paragraph, as to whether a payment constitutes an illegal bribe or kickback (or is unlawful under the Foreign Corrupt Practices Act of 1977) shall be upon the Secretary to the same extent as he bears the burden of proof under --No deduction shall be allowed under subsection (a) for any payment made, directly or indirectly, to an official or employee of any government, or of any agency or instrumentality of any government, if the payment constitutes an illegal bribe or kickback or, if the payment is to an official or employee of a foreign government, the payment is unlawful under the Foreign Corrupt Practices Act of 1977. section 7454 (concerning the burden of proof when the issue relates to fraud).

23. Plaintiff incorporates by reference of the above paragraphs; in order for the Court to better understand how  as its applied in this case. Plaintiff  has being denied his Procedural due process which  generally requires that  Governmental deprivations of life, liberty or property be accompanied by notice and hearing. Pre-termination hearings are required where threatened property rights consists of need-based benefits.

This is because the recipient or applicant "may be deprive[d] of the very means by

which to live. The test for determining the extent of the procedures required in a given

case, including the right to a pre-deprivation hearing, which balances on several factors:

a) The private interest that will be affected by the official action;  (b) second, the risk of

an erroneous deprivation of such interest through the procedures used, and  the

probable value, if  any, of additional or substitute procedural safeguards; (c) and finally,

the Government's interest, including the function involved and the fiscal and

administrative burdens that the additional or substitute procedural requirement would

entail.

24. Procedural due process continues to play a key role in violations of civil rights.

Government employees fail to give proper notice of adverse government action or send

Plaintiff notices that fail to explain adequately the basis for a benefit denial, termination,

suspension or the imposition of sanctions.

25. Citizens like Plaintiff are often faced with hearing officials who fail to take evidence

or gather evidence, or who do not adequately explain their reasoning when rendering a

decision.

26. Plaintiff's effort to contest the denial of a request for a particular procedure or

treatment goes unanswered by an agency whose only rationale is the financial bottom

line.

27. The typical substantive due process claim brought under Section 1983 seeks redress

for government acts that violate "personal immunities" that are "fundamental," that is,

"implicit in the concept of ordered liberty." Rights protected at least in part by the Due

Process Clause include liberty interests not explicitly set forth in the Constitution, such as

the right to privacy.

28. Plaintiff's right to privacy was violated when the Agent went to extreme lengths to contact Plaintiff's clients. The agent used threats and intimidation to get information on Plaintiff's business Practices. In addition, the Agent subpoena Plaintiffs' books and records although Plaintiff complied with any and all requests asked of him by the Agent. .

## VIOLATION OF THE FIRST AMENDMENT

29. The **First Amendment** to the United States Constitution prevents Congress from making any law respecting an establishment of religion, prohibiting the free exercise of religion or abridging the freedom of speech,  the freedom of the press, the right to peaceably assemble,  or to Petition for a governmental redress of grievances.

30. Plaintiff's experience with the agent(s) of The Internal Revenue Service goes to the heart of the agency's total disregard of a citizen's Constitutional Rights.

31.  Though plaintiff was representing a Tax Payer, he was subjected to a probe of questions from an agent about how he met his client,  how much was he paid  for his professional fees, and was asked,  if he was a "Catholic".

32.  The meeting was supposed to be about his client's audit and instead it became intensely  personal.  Agents of the Internal Revenue Service has sought to interfere in Plaintiff's business through threats and intimidation. These actions had no legal basis other than to harass Plaintiff. As a result of this agency's actions, Plaintiff has lost business.

33. The premise of the Law is that you are innocent until proven guilty.  The Internal Revenue Service works just the opposite. guilty until proven innocent.

8

The United States government has become derelict in their duty by giving agents

unlimited decisions as to what deductions they will accept. Internal Revenue Codes are

clear and concise, yet are not followed by the agents. Documentation provided by the

Plaintiff is ignored.

Any concerns or complaints are disregarded by agent's superiors.

Giving blanket immunity to the agents by the United States Government protects inept

and/or Agents who have an agenda "carte blanc" to exert unfettered power.

## BREACH OF IMPLIED CONTRACT

34. **Citizenship of the United States** is a status that entails specific rights, duties and
benefits. Citizenship is understood as a "right to have rights" since it serves as a
foundation of fundamental rights derived from and protected by the Constitution and
laws of the United States, such as the right to freedom of expression, vote, due process,
live and work in the United States and to receive federal assistance.

35. There are two primary sources of citizenship: birthright citizenship, in which a person
is presumed to be a citizen, if he or she was born within the territorial limits of the
United States, or providing certain other requirements are met—born abroad to a U.S.
citizen parent, and naturalization, a process in which an immigrant applies for citizenship
and is accepted.

These two pathways to citizenship are specified in the Citizenship Clause of
the Constitution's 1868 Fourteenth Amendment which reads:

All persons born or naturalized in the United States, and subject to the jurisdiction
thereof, are citizens of the United States and of the State wherein they reside.

— *14th Amendment*
*In essence as citizens of The United States we have an implied contract. For the benefits,*
*freedom and rights as a citizen we have a contract with the United States Government.*

9

*United States citizens have the inalienable right to reside and work in the United States. Certain non-citizens, such as permanent residents, have similar rights; however, non-citizens, unlike citizens, may have the right taken away.*

36. When government officials refuse to give us our rights under the Constitution that is a

Breach of Contract .Even if it is only an implied contract. Actions by the Internal

Revenue employees caused that Breach.

## CONCLUSION

Though it seems a standard practice that if there are questionable features in a Tax

Return, the Taxpayer is guilty until proven innocent. If a deficiency notice is given the

taxpayer is given a slanted latitude in which to defend themselves.

The remedies for Plaintiff were stringent. In the United States Tax Court, any defenses

are met with rejection.

The Plaintiff has no other option but to sue The United States Government, and relies

upon this Court to get to the bottom of this matter.

Employees should be supervised carefully, with matters of a fiduciary nature. Any

erroneous or willful action by the Internal Revenue Service can and has caused

irreparable damage to this Plaintiff.

Defendants' policy, custom or practice of denying Plaintiff rights under the Constitution,

Substantially burdens plaintiff and is in it unlawful. Defendants' lack of supervision and

training of its employees has caused irreparable harm to this Plaintiff and others.

37. Unless enjoined by this Court, defendants will continue to infringe plaintiff's constitutionally protected rights and thereby cause irreparable injury, as damages alone cannot fully compensate plaintiff for the ensuing harm. This threat of injury from continuing violations requires injunctive relief.

**WHEREFORE,** Plaintiff prays that this Court:

(a) Enter judgment against the defendant;

(b) Enter a declaratory judgment declaring the acts of the defendant to be a violation of plaintiff's constitutional rights to freedom of speech, equal protection, and due process;

(c) Issue a declaratory judgment declaring that Defendant's actions were proven.unconstitutional on its face;

(d) Issue a declaratory judgment declaring that Defendant's actions were unconstitutional as enforced and as applied;

(e) Issue a temporary restraining order, and a preliminary and permanent injunction enjoining defendants, their agents, servants, employees, officers and others,

(f) Award plaintiff costs, interest and reasonable attorneys' fees for this action pursuant to 42 U.S.C. §1988 and other relevant statutes; and,

(g) Order such other and further relief as the Court deems just and proper under the circumstances.

Dated: 7-14-18

Marco A. Frausto

**JURY DEMANDED**

Plaintiff hereby requests a jury trial